UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| DOUGLAS WARFIELD and TIA WARFIELD<br><br>Plaintiffs<br><br>vs.<br><br>D. C. 1980, INC., D.C. 1980, INC., f/k/a CONNECTICUT VALLEY ARMS, INC., BLACKPOWDER PRODUCTS, INC., CONNECTICUT VALLEY ARMS, INC., and DIKAR S. COOP LTDA.<br><br>Defendants | Civil Action NO. 6:06-65-DCR |

# AGREED ORDER OF DISMISSAL

The Court being advised that the parties have reached a settlement of all disputed issues and are in agreement that this matter should be dismissed with prejudice, and the Court being otherwise sufficiently advised, it is

ORDERED AND ADJUDGED that this case shall be and is DISMISSED, with prejudice, with each party to bear their respective costs.

HAVE SEEN AND AGREED TO:

/s/ A. V. Conway, II
A. V. Conway, II

/s/ David O. Smith
Attorneys for Plaintiffs

/s/ James E. Singer
James E. Singer

/s/ Lynn C. Stidham
Lynn C. Stidham
Attorneys for Defendants